FILED  
United States Court of Appeals  
Tenth Circuit

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

April 2, 2025

Christopher M. Wolpert  
Clerk of Court

———————————————

JEANETTE VIZGUERRA-RAMIREZ,

    Petitioner,

v.

PAMELA J. BONDI, United States Attorney General,

    Respondent.

No. 25-9532  
(Petition for Review)

———————————————

**ORDER**

———————————————

This petition for review is before the court on petitioner Jeanette Vizguerra-Ramirez's *Motion for Voluntary Dismissal*, in which she asks the court "for an order dismissing her petition for review as prematurely filed."

Upon consideration, the court grants the motion and dismisses this petition for review. *See* Fed. R. App. P. 42(b); 10th Cir. R. 27.5(A)(9).

A copy of this order shall stand as and for the mandate of this court.

    Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk